**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

      v.      Civil No. 5:10-cr-50089

**ARMANDO SANTILLAN-SALINAS**                                                                **DEFENDANT**

**O R D E R**

Now on this 4th day of January 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #29) and defendant's objection thereto (document #31). The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that Plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #29) is hereby **adopted *in toto*** and that defendant's objection to the Report and Recommendation (document #31) is **overruled.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, defendant's "Fast-Track Petition" (document #24) is hereby **denied.**

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**